IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON LOVE, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00009-CAR-TQL |
| | * |
| MACON STATE PRISON, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk